**MATERIALS CLERK OF COURT SHALL PROVIDE PLAINTIFFS
WHO FILE CIVIL CASES ON OR AFTER JANUARY 1, 2003,
FOR SERVICE ON ALL OTHER PARTIES**

A copy of each of the following materials <u>must</u> be served along with each service copy of the complaint:

1.  Local Rule 3.2

2.  Statement of Interest form

3.  Local Rule 10.1(h)

4.  Notice of Public Availability of Case File Information

5.  Local Rule 16.1 (includes a note on filing proposed orders under ECF)

6.  Instructions and Worksheet for the Schedule Order and Discovery Plan

7.  Scheduling Order and Discovery Plan

8.  Consents

9.  LR 41.1 Dismissals of Actions

10. ECF Attorney Registration Form

11. Administrative Order 04-AO-0003-P

12. Credit Card Authorization Form

# LR 3.2 STATEMENT OF INTEREST

**a.** **Plaintiff's Statement of Interest.** Within 21 days after a civil complaint is filed, each nongovernmental plaintiff that is not a natural person must file with the Clerk of Court a statement containing the following:

> 1. The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case; and

> 2. With respect to each such entity, a description of its connection to or interest in the litigation.

**b.** **Defendant's Statement of Interest**. Within 30 days after service of a civil complaint on a nongovernmental defendant that is not a natural person, such defendant must file with the Clerk of Court a statement containing the following:

> 1. The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case; and

> 2. With respect to each such entity, a description of its connection to or interest in the litigation.

**c.** **Statement of Interest Forms.** A statement of interest must be submitted on a form supplied by the Clerk of Court. A copy of the statement of interest form is attached to these rules as appendix A, and may be found on the courts's web sites at the addresses given in LR 1.1(i). The statement of interest form is designed to enable the involved federal judges to evaluate possible bases for disqualification or recusal. Upon the request of a party and an order of the court, the party's statement of interest form may be filed under seal.

**d.** **Changes in Statement of Interest.** If the information provided by a party in a statement of interest form changes before the time has expired for filing a notice of appeal from the final judgment in the case, the party must, within 21 days after the date of the change, file an amended statement of interest form reflecting all such changes.

**e.** **Conflicts List.** After entering an appearance in a pending civil action, the attorneys for the parties must determine promptly if the presiding judge has filed a conflicts list with the Clerk of Court by doing one of the following:

> 1. Inspecting the court's web site at the address given in LR 1.1(i); or

> 2. Inquiring of the Clerk of Court's Office of the district.

If a conflicts list for the presiding judge has been filed with the Clerk of Court, the attorney must review the list and immediately notify the Clerk of Court if it appears the presiding judge may have a conflict with any association, firm, partnership, corporation, or other artificial entity either related to any party or having a pecuniary interest in the case.

**f.** **Notification by Clerk of Court.** After an action is filed, the Clerk of Court will notify the parties promptly of the requirements of this rule, by providing a copy of the rule and a statement of interest form to the plaintiff. The plaintiff must attach a copy of the rule and the form to each service copy of the summons and complaint.

Any failure of the Clerk of Court or the plaintiff to provide a party with a copy of the rule or the form does not excuse the party from compliance with the rule.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE [NORTHERN][SOUTHERN] DISTRICT OF IOWA
### @ DIVISION

@,

       Plaintiff(s),

vs.

@,

       Defendant(s).

No. @

**STATEMENT OF INTEREST**

As required by LR 3.2 and LR 81.1(c), (d), and (e), @, [plaintiff][defendant] in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the [plaintiff] [defendant] as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the [plaintiff's] [defendant's] outcome in the case*:

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Date: _____

_____
Name of attorney
Name of attorney's law firm
Attorney's office address
Attorney's telephone number
Attorney's facsimile number
Attorney's e-mail address (if available)

## L.R. 10.1 * * *

**h. Personal Data Identifiers.** Unless otherwise ordered by the court or required by law, a party filing a document containing personal data identifiers should, unless the document is filed under seal, modify or partially redact the document to prevent the disclosure of the identifiers. Personal data identifiers include the following:

    **1.** Social Security numbers;

    **2.** Financial account numbers;

    **3.** Dates of birth; and

    **4.** Names of minor children.

By way of example, and not limitation, if the Social Security number of an individual must be included in a document, only the last four digits of that number should be used. If financial account numbers are relevant, only incomplete numbers should be recited in the document. If an individual = s date of birth is necessary, only the year should be used. If a minor child must be mentioned, only that child = s initials should be used.

In addition, parties should exercise caution when filing unsealed documents that contain the following information:

    **1.** Other personal identifying numbers, such as driver = s license numbers;

    **2.** Information concerning medical treatment or diagnosis;

    **3.** Employment history;

    **4.** Personal financial information; and

    **5.** Proprietary or trade secret information.

It is the responsibility of counsel and the parties to assure that appropriate redactions from documents have been made before they are filed; the Clerk of Court will not review filings to determine whether such redactions have been made.

# NOTICE OF PUBLIC AVAILABILITY
## OF CASE FILE INFORMATION

All documents filed with the court, unless sealed, will be available to the public, and may be accessible over the Internet. Therefore, you should not include certain types of sensitive information in any document filed with the court unless such inclusion is necessary.

If sensitive information must be included in a document, certain personal and identifying information should be redacted from the document, whether it is filed traditionally or electronically. This information includes the following: (1) Social Security numbers, (2) financial account numbers, (3) dates of birth, and (4) the names of minor children. Also, you should exercise caution when filing documents that contain the following: (1) other personal identifying numbers, such as driver's license numbers; (2) information concerning medical treatment or diagnosis; (3) employment history; (4) personal financial information; and (5) proprietary or trade secret information.

Counsel are strongly urged to share this notice with their clients so that informed decisions may be made concerning the redaction of sensitive information from documents that will be available to the public as part of a case file. It is the sole responsibility of counsel and the parties to ensure all filed documents comply with the rules of this court requiring redaction of personal data identifiers; the Clerk of Court will not review filings to determine whether appropriate redactions have been made.

PROPOSED ORDERS

Proposed Scheduling Order/Discovery Plan should be handled according to Administrative Order Number **03-AO-0015-P,** Section VII-B, Submission of Orders (below).


B.      SUBMISSION OF ORDERS.  Proposed orders may be submitted to the court by
        e–mailing the proposed order to ecfmail@iand.uscourts.gov or by mailing or
        delivering to the Clerk's office a 3.5" disk containing the proposed order.  All such
        proposed orders must be submitted in a format compatible with WordPerfect,
        which is a "Save As" option in most word processing software.  The court will not
        accept proposed orders in .pdf format.  The e–mail or disk must identify clearly
        the motion to which the order relates.

## LR 16.1 SCHEDULING ORDER AND DISCOVERY PLAN

  **a.**  **Timing of Proposed Order and Plan**. Within 120 days after the filing of the complaint, all attorneys of record and all unrepresented parties must submit to the Clerk of Court for approval by a magistrate judge a proposed Rule 16(b) and 26(f) scheduling order and discovery plan. The parties must confer to complete the proposed scheduling order and discovery plan as soon as practicable, but at least 14 days before the proposed scheduling order and discovery plan is due.

  **b.**  **Completion of Proposed Order and Plan**. The attorneys of record and all unrepresented parties who have appeared in the case are jointly responsible for preparing and submitting the proposed scheduling order and discovery plan to the court. The proposed scheduling order and discovery plan must be submitted on the form supplied by the Clerk of Court's Office, and must contain all of the information requested in the form. A copy of the form may be downloaded from the courts' web sites at the addresses given in LR 1.1(i).

  **c.**  **Dismissal for Failure to Submit Timely Proposed Order and Plan.** The failure to submit a timely proposed scheduling order and discovery plan may result in dismissal of the case.

  **d.**  **Cases Not Subject to Requirement.** A proposed scheduling order and discovery plan must be submitted in all civil actions, except for the following:

    **1.** An action for review on an administrative record, including a Social Security disability review;

    **2.** A petition, application, or motion for habeas corpus, or other proceeding to challenge a criminal conviction or sentence;

    **3.** An action brought without counsel by a person in custody of the United States, a state, or a state subdivision;

    **4.** An action to enforce or quash an administrative summons or subpoena;

    **5.** An action by the United States to recover benefit payments;

    **6.** An action by the United States to collect on a student loan guaranteed by the United States;

    **7.** A proceeding ancillary to proceedings in other courts;

    **8.** An action to enforce an arbitration award;

    **9.** A foreclosure or civil forfeiture action filed by the United States;

    **10.** An IRS summons enforcement action; and

    **11.** Any other class of cases so designated by order of the court.

  **e.**  **Scheduling Conference.** After reviewing the proposed scheduling order and discovery plan, the magistrate judge may issue the Rule 16(b) and 26(f) scheduling order and discovery plan, either as submitted or with revisions, or may set a scheduling conference. Nothing in this rule precludes the parties from requesting a scheduling or planning conference with the magistrate judge at any time.

**f.** **Requests for Extensions of Deadlines.** The deadlines established by the Rule 16(b) and 26(f) scheduling order and discovery plan will be extended only upon written motion and a showing of good cause. A motion to extend a Rule 16(b) and 26(f) scheduling order and discovery plan deadline must comply with LR 7.1(k). A motion containing a request for an extension of a discovery deadline also must contain the following:

      **1.** A description of the discovery not completed;

      **2.** A description of the discovery that has been completed;

      **3.** An explanation of why all discovery cannot be completed by the existing deadline;

      **4.** A statement of when discovery will be completed; and

      **5.** A statement of whether the moving party believes the requested extension will affect any scheduled trial date.

**g.** **Notification by Clerk of Court.** After an action subject to this rule is filed, the Clerk of Court will notify the parties promptly of the requirements of this rule, by providing to the plaintiff the following:

      **1.** A copy of this rule;

      **2.** The instructions and worksheet for the scheduling order and discovery plan; and

      **3.** A scheduling order and discovery plan form.

The plaintiff must attach a copy of the rule to each service copy of the summons and complaint.

Any failure of the Clerk of Court or the plaintiff to provide a party with any of these documents does not excuse the party from compliance with the Local Rules.

**h.** **Dispositive Motion Deadline.** The deadline in the proposed scheduling order and discovery plan for filing dispositive motions must be at least 120 days before the proposed ready-for-trial date.

**i.** **Sanctions.** The failure to comply with a deadline established in the Rule 16(b) and 26(f) scheduling order and discovery plan may result in sanctions, including the exclusion of evidence, the prevention of witnesses from testifying, the striking of pleadings or other papers, the denial of oral argument, and the imposition of attorney fees and costs.

**U.S. DISTRICT COURTS FOR THE NORTHERN/SOUTHERN DISTRICTS OF IOWA**

## INSTRUCTIONS AND WORKSHEET FOR PREPARATION OF
## SCHEDULING ORDER AND DISCOVERY PLAN

**Effective December 1, 2000**

### ORDER REQUIRING SUBMISSION OF SCHEDULING ORDER
### AND DISCOVERY PLAN

Please carefully review the Local Rules, revised as of January 1, 2001, for a more complete description of the District's requirements for pretrial case management (*available at www.iand.uscourts.gov* or *www.iasd.uscourts.gov*).

**IT IS ORDERED THAT** counsel for the parties shall confer, as required by Federal Rules of Civil Procedure 16 and 26 and Local Rules 16.1 and 26.1, and submit to the Clerk of Court on the attached form a stipulated proposed scheduling order and discovery plan. If counsel are not able to agree upon the deadlines required to complete the form or are requesting deadlines significantly beyond those suggested in the form, or if the case involves any special issues that require the early attention of the court, counsel should, in paragraph 11 of the form, request a Rule 16(b) and 26(f) scheduling and planning conference with the court.

_____
U.S. MAGISTRATE JUDGE

**Follow this worksheet at your Rule 16(b) and 26(f) conference. The deadlines referred to in the worksheet are suggested deadlines except for the dispositive motion deadline, which MUST be at least 120 days before the trial ready date. File only the attached two-page proposed scheduling order and discovery plan. DO NOT FILE THE WORKSHEET.**

1   **INITIAL DISCLOSURES:** State whether the parties entered into an agreement at the Rule 26(f) conference resolving all issues relating to the Federal Rule of Civil Procedure 26(a)(1) initial disclosures in this action.

_____ yes    _____ no

1

**WORKSHEET – DO NOT FILE – WORKSHEET**

If you answered "no" to the last question, state whether any party objected at the Rule 26(f) conference either to making the initial disclosures or to the timing of the initial disclosures.

_____ yes    _____ no

If any party objected at the Rule 26(f) conference either to making the initial disclosures or to the timing of the initial disclosures, then **within 10 days after the scheduling order and discovery plan is filed,** the objecting party must serve and file a document in which the objections are set forth with particularity.

If the parties have entered into an agreement concerning the timing of the initial disclosures, state the date by which the initial disclosures will be made.

_____
(insert date)

Unless a different deadline is set by agreement of the parties or court order, or unless a party objects to making the initial disclosures or to the timing of the initial disclosures, Local Rule 26.1(a) requires that the initial disclosures be made **within 14 days after the Rule 26(f) conference.**

Federal Rule of Civil Procedure 26(a)(1) requires that the parties must, without awaiting a discovery request, provide to other parties:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;
(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;
(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Federal Rule of Civil Procedure 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and
(D) for inspection and copying as under Federal Rule of Civil Procedure 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

If the parties have any other disputes concerning initial disclosures or are aware of any other issues relating to scheduling or planning that might benefit from the early intervention of the court, the parties may, in paragraph 11 of the proposed scheduling order and discovery plan, request a court-sponsored pretrial discovery and planning conference.

2

**WORKSHEET – DO NOT FILE – WORKSHEET**

2.  **ADDING PARTIES:** State the deadline for filing motions to add parties.

_____
(insert date)

This deadline should be **no more than 2 months after the date the proposed scheduling order and discovery plan is submitted to the court**.

3.  **AMENDING PLEADINGS:** State the deadline for filing motions to amend pleadings.

_____
(insert date)

This deadline should be **no more than 2 months after the date the proposed scheduling order and discovery plan is submitted to the court**.

4.  **EXPERT WITNESSES:** State the deadlines for the parties to disclose, in accordance with Federal Rule of Civil Procedure 26(a)(2)(A) and (B), all "expert witnesses" who may be used at trial to present evidence under Federal Rules of Evidence 702, 703, or 705.

Plaintiff's experts:    _____
(insert date)

Defendant's experts:    _____
(insert date)

Plaintiff's rebuttal experts:  _____
(insert date)

The deadlines for the plaintiff to disclose experts, for the defendant to disclose experts, and for the plaintiff to disclose rebuttal experts should be no more than **3 months**, **5 months**, and **6 months**, respectively, after the date the proposed scheduling order and discovery plan is submitted to the Clerk of Court. Except as otherwise stipulated by the parties or ordered by the court, the parties must, by these deadlines, disclose to the other parties: (a) the identity of each expert witness; and (b) a written report prepared and signed by each expert witness, as required by Federal Rule of Civil Procedure 26(a)(2)(B). The report must contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

3

**WORKSHEET – DO NOT FILE – WORKSHEET**

5.   **DISCOVERY**: State the date by which all discovery will be *completed*, not propounded.

_____
(insert date)

This deadline should be **no more than 8 months after the date the proposed scheduling order and discovery plan is submitted to the court.**

Federal Rule of Civil Procedure 26(e) imposes a continuing duty to supplement discovery responses as soon as practicable. **All discovery responses must be supplemented at least 30 days before the close of discovery**.

6.   **DISPOSITIVE MOTIONS**: State the deadline for filing dispositive motions.

_____
(insert date)

This deadline **must be at least 120 days before the trial ready date**, but should be **no more than 9 months after the date the proposed scheduling order and discovery plan is submitted to the court**.

7.   **TRIAL READY DATE**: State the date on which the parties anticipate the case will be ready for trial.

_____
(insert date)

This deadline should be **no more than 13 months after the date the proposed scheduling order and discovery plan is submitted to the court**, but **must not be less than 120 days after the dispositive motion deadline**.

8.   **JURY DEMAND**: State whether a jury demand has been filed.

_____ yes     _____ no

9.   **ESTIMATED LENGTH OF TRIAL**: State your estimate of the number of days required for trial. For jury trials, include in your estimate the time required for jury selection, opening statements, closing arguments and instructions. If circumstances change, the parties should immediately so notify the court. **In any event, the parties should notify the court of any change in the time required for trial and of their new estimated length of trial by at least 30 days before the trial readiness date in paragraph 7.**

_____
(insert number of trial days)

4

**WORKSHEET – DO NOT FILE – WORKSHEET**

10. **SETTLEMENT CONFERENCE:** Indicate one of the following two choices regarding a court-sponsored settlement conference:

_____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____.
(insert date)

_____ A court-sponsored settlement conference is not necessary at this time.

11. **SCHEDULING AND PLANNING CONFERENCE:** State whether the parties believe a court-sponsored scheduling and planning conference pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) would be appropriate in this case.

_____ yes      _____ no

12. **CONSENT TO MAGISTRATE JUDGE:** State whether the parties unanimously consent, or do not unanimously consent, to trial, disposition, and judgment by a United States Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals.

_____ yes, we unanimously consent      _____ no, we do not unanimously consent

You may consent in either a jury or non-jury case. Cases consented to the United States Magistrate Judge will be set for trial on a **date certain**.

13. **DELIVERY OF FORM TO CLERK OF COURT:** Print or type the names, addresses, telephone and fax numbers, and e-mail addresses on the proposed scheduling order and discovery plan, sign the proposed order and plan, and deliver it to the Clerk of Court. **Be sure to deliver to the Clerk of Court _both_ pages of the proposed order and plan.**

5

**WORKSHEET – DO NOT FILE – WORKSHEET**

IN THE UNITED STATES DISTRICT COURT
FOR THE [NORTHERN] [SOUTHERN] DISTRICT OF IOWA
[WESTERN] [CENTRAL] [EASTERN] [CEDAR RAPIDS] [DAVENPORT] DIVISION

_____, )
                                 )
            Plaintiff(s),        )                NO. _____
                                 )
      vs.                        )
                                 )
_____, )                **SCHEDULING ORDER AND**
                                 )                **DISCOVERY PLAN**
            Defendant(s).        )

Counsel have conferred and submit the following case information and proposed dates for case management:

1.  Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures?  _____ yes _____ no  If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures: _____ yes _____ no  **If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.** If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: _____

2.  Deadline for motions to add parties: _____

3.  Deadline for motions to amend pleadings: _____

4.  Expert witnesses disclosed by: a) Plaintiff: _____
                                   b) Defendant: _____
                                   c) Plaintiff Rebuttal: _____

5.  Deadline for **completion** of discovery: _____

6.  Dispositive motions deadline (**at least 120 days before Trial Ready Date**):_____

7.  Trial Ready Date (**at least 120 days after Dispositive Motions Date**):_____

8.  Has a jury demand been filed? _____ yes _____ no

9.  Estimated length of trial: _____ days

10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or (b) _____ A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)? _____ yes _____ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? _____ yes _____ no

_____        _____
Attorney for Plaintiff(s):                Attorney for Defendant(s):

Address:                                  Address:

Telephone:                                Telephone:

Facsimile:                                Facsimile:

E-mail address:                           E-mail address:

_____

Attorney for Third-Party Defendant\Other:

Address:

Telephone:

Facsimile:

E-mail address:

### JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan
_____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

_____ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the
U.S. Courthouse in _____, Iowa, on the _____ day
of _____, at _____ o'clock, ____.m.

_____ will be held by telephone conference, initiated by the court, on the
_____ day of _____, at _____ o'clock, ____.m.

**DATED** this _____ day of _____.

_____

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____.

_____

UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 10/93)

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE OF JURISDICTION AND APPEAL OPTION

In accordance with provision of Title 28, U.S.C. 636(c) and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court ia available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge may be taken directly to the Untied States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court. Alternatively, upon consent of all parties, an appeal from a judgment entered by a magistrate judge may be taken directly to a district judge. Cases in which an appeal is taken to district judge may be reviewed by the United States court of appeals for this judicial circuit only by way of petition for leave to appeal.

Copies of the Form for the "Consent to Exercise of Jurisdiction by a United States Magistrate Judge and Order of Reference" are available from the clerk of the court.

# UNITED STATES DISTRICT COURT

———————————————— District of ————————————————

|  |  |
|---|---|
| Plaintiff | NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Defendant | Case Number: |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| ——————————— | ——————————— | ——————— |
| ——————————— | ——————————— | ——————— |
| ——————————— | ——————————— | ——————— |
| ——————————— | ——————————— | ——————— |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ , United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

———————————    ——————————————————————————
Date                                      United States District Judge

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

AO 399 (12/93)

# WAIVER OF SERVICE OF SUMMONS

TO: _____
<br>(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)


I acknowledge receipt of your request that I waive service of a summons in the action of

_____ , which is case number _____
<br>(CAPTION OF ACTION)                                  (DOCKET NUMBER)

in the United States District Court for the _____ District of

_____ . I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _____ ,
<br>(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.


_____
<br>DATE

_____
<br>SIGNATURE

Printed/Typed Name: _____

As _____ of _____
<br>        (TITLE)                             (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# LR 41.1 DISMISSALS OF ACTIONS

**a. Voluntary Dismissals.** Civil actions may be dismissed without an order of the court in two circumstances:

      **1.** Where the plaintiff files a notice of dismissal before service by the adverse party of either an answer or a motion for summary judgment; or

      **2.** Where a stipulation of dismissal signed by all parties who have appeared in the action is filed with the Clerk of Court.

**b. Involuntary Dismissals.** After giving the parties the notice prescribed in section (d) of this rule, the Clerk of Court will, in the following circumstances, enter an order dismissing a civil action without prejudice:

      **1.** Where service has not been made on any defendant within 120 days after the filing of the complaint, and the plaintiff has failed to file a statement in writing within 127 days after the filing of the complaint setting forth good cause for why service has not been made; or

      **2.** As to a particular defendant, where service has been made upon that defendant and neither an answer nor a request for other action has been filed as to that defendant within 30 days after the date the answer was due; or

      **3.** Where a default has been entered and a motion for entry of judgment by default in accordance with Federal Rule of Civil Procedure 55 has not been made within 30 days after the entry of default (an action will not be dismissed pursuant to this subsection if the plaintiff advises the Clerk of Court that further court action is necessary before a default judgment can be sought); or

      **4.** Where a deadline set for the performance of any act required by the Federal Rules of Civil Procedure, the Local Rules, or an order of the court has been exceeded by more than 30 days and an extension of time has been neither requested nor granted.

**c. Dismissal of Settled Cases.** The Clerk of Court may, for internal statistical purposes, immediately close a case upon being advised by one or more of the parties that the action has been settled. Within 30 days after advising the court that an action has been settled, the parties must file such papers as are required to terminate the action. If the parties fail to do so, the Clerk of Court may, after giving the parties the notice prescribed in section (d) of this rule, enter an order dismissing the action with prejudice.

Either party may seek reinstatement of a case dismissed under this section within 60 days after the date of the dismissal order by serving and filing a motion to reinstate the case. The motion must show good cause as to why the settlement was not consummated. This paragraph does not diminish any obligation of a party to perform under an otherwise enforceable settlement agreement.

**d. Notification by Clerk of Court.** At least 14 days before dismissing a case pursuant to section (b) or (c) of this rule, the Clerk of Court will mail or electronically transmit a notice and a copy of this rule to all counsel of record and any pro se parties. The notice will state that the case will be dismissed unless, by the deadline specified in the notice, either the required action is taken or good cause is shown for not dismissing the case.

This rule does not restrict the authority of a federal judge to dismiss a case, with or without prejudice, for good cause. Good cause could include the failure of a party to comply with the Federal Rules of Civil Procedure, the Local Rules, or an order of the court.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Northern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name: _____

Last Four Digits of Social Security Number: _____

Firm Name: _____

Firm Address: _____

_____

Voice Phone Number: _____

FAX Phone Number: _____

Internet E-Mail Address: _____

Additional E-Mail Address: _____

Does your E-mail Software support HTML messages?     Yes_____          No _____

Do you currently have a login for CM/ECF for the Northern District of Iowa Bankruptcy Court?  Yes___  No____
If you currently have a login and wish to use the same login id in the district court, please list the login here: _____. **NOTE:** Only the login will be remain the same. You will be issued a new password with your district court login.

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  The systems are for use only in cases designated by the U.S. Courts for the Northern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2.  Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form. An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6. By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to: U.S. Courts
　　　　　　　　Northern District of Iowa
　　　　　　　　Attn: ECF Attorney Registration
　　　　　　　　P.O. Box 74710
　　　　　　　　Cedar Rapids, IA 52407

_____　　　　_____
Date　　　　　　　　　　　　　　　　　　Attorney/Participant Signature

Your login and password will be sent to you by the Office of the Clerk by regular, first-class mail. If you prefer to have your login/password sent to an address other than the one listed on the first page of this form, please write the address in the space provided below:

Firm Address: _____

　　　　　　　_____

**COURT USE ONLY:**

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

2

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

JUN 10 2004

By: _____
DEPUTY

**RECEIVED** JUN - 4 2004

No. 04-AO-000**3**-P

IN RE

**AUTOMATIC SANCTIONS FOR
FAILURE TO FILE DOCUMENTS
ELECTRONICALLY**

**ADMINISTRATIVE ORDER**

---

In accordance with Local Rules 5.1(d) and 5.3; Local Criminal Rule 55.2; and the district's Electronic Case Filing system Procedures Manual (Administrative Order 04–AO–0001–P, "Procedures for Electronically Serving, Filing, Imaging and Accessing Documents in the United States District Court for the Northern District of Iowa"), with few exceptions, every document submitted to the Clerk of Court for filing in a civil or criminal case pending in the district is required to be filed electronically using the district's Electronic Case Filing (ECF) system. Despite this requirement, some attorneys continue to submit paper documents for filing that are required by the rules or the Procedures Manual to be filed electronically.

**THEREFORE, IT IS HEREBY ORDERED**, beginning October 1, 2004, the Clerk of Court is authorized, without further order of this court, to enter orders requiring attorneys to pay sanctions of $25.00 for **each document** submitted to the Clerk for filing in paper form when the filing of the document other than electronically either is not authorized by one of the exceptions to electronic filing in the rules or Procedures Manual, or has not been authorized by the Clerk or by a previously-entered order of the court.

The Clerk of Court is directed to place a copy of this order in the Public Administrative Orders binder. The Clerk also is directed to do the following: (1) mail or deliver a copy of this order immediately to all attorneys who, from and after the date of this order, improperly submit documents to the Clerk for filing other than electronically;

04 - AO - 0003 - P

(2) mail or deliver, by July 1, 2004, a copy of this order to all attorneys who are admitted to practice before this court, either as members of the bar of the district or *pro hac vice* in a pending case, who are not registered in the district's ECF system; and (3) provide a copy of this order to all attorneys newly admitted to practice before this court, either as a member of the bar or pro hac vice, on or after the date of this order.

**DONE AND ORDERED** this $\underset{\text{day}}{\cancel{11}}$ of June, 2004.

Mark W. Bennett, Chief U.S. District Judge
UNITED STATES DISTRICT COURT

Linda R. Reade, U.S. District Judge
UNITED STATES DISTRICT COURT

2

# United States District Court
## Northern District of Iowa
## Credit Card Authorization Form

**INSTRUCTIONS:** Please type or print. Mail completed and signed form to:
U.S. District Court, Financial Department, P. O. Box 74710, Cedar Rapids, IA 52407-4710.

Firm / Company: _____

Phone number: _____

Credit Card Type:     VISA     MasterCard     Discover     American Express

Card Holder Name: _____

Credit Card Number: __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

Expiration Date: __ __ / __ __ (MM/YY)   Security Code: __ __ __ __

Credit Card Statement
Mailing Address: _____
(Please list the address            (Street address or P.O. Box)
to which your **statements**
are sent)        _____, __ __ Zip: __ __ __ __ __
             (City, State & Zip)

I acknowledge that the above information is accurate and that I am an authorized signer on the account. I hereby authorize the United States District Court for the Northern District of Iowa to charge to the above credit card account any and all court imposed fees, including but not limited to: filing fees, pro hac vice fees, attorney admission fees and special assessments.

Date: _____        _____
                                  Signature

                                  _____
                                  Print Name

This form, which will be kept on file in the Clerk's Office, shall remain in effect until specifically revoked in writing. It is the responsibility of the attorney/firm named above to notify the Clerk's Office of the new expiration date when a credit card has been renewed, or if a card has been canceled or revoked.

JAMES D. HODGES, JR.
CLERK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS, IOWA 52407-4710**

P.O. BOX 74710
319-286-2300

# VISIT OUR WEB PAGE

The Northern District of Iowa has developed a website which can be viewed at
http://www.iand.uscourts.gov . The best results for viewing the site will be achieved
if a current version of Netscape (4.5), Internet Explorer (5.0) or AOL (4.0) is used.
Further, when printing pages from the site it is best to print text in black, if your
browser allows.

The following portions of the web site may be of special interest to counsel
with cases pending:

1. Under "Judges Information" the Judges have outlined the procedures they
follow and expect counsel to follow in cases pending before them. In addition, they
have attempted to answer many commonly asked questions relating to practice before
them and standard pretrial orders are available to download.

2. The "Decision/Opinion" section provides timely access to many reported and
unreported opinions. Likewise, the "Jury Instructions" section provides access to
many jury instructions. Both sections are organized by judge, category of opinion and
date filed and a general search engine is available.

3. The "Download" and "Forms" sections provide access to and the ability to
download standard orders, commonly used forms and jury instructions as well as the
Local Rules.

4. The "General Information" section allows you to access telephone numbers,
fee schedules, and other useful information. A search engine is provided for your
convenience with this page.

5. The "Links" provides quick access to other cites which may contain useful
information ranging from weather to legal research.

6. Pictures of all courtrooms and tours of the high tech courtrooms in Sioux
City are available on the home page.

Please feel free to browse the site at your leisure. If you have comments or
suggestions as to how the site or any page might be improved please feel free to
contact the Clerk.