FILED
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

FEB 18 2005

By:_____
                          Deputy

AO82
Rev 0599
IAN

**ORIGINAL**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

**124664**

at _Cedar Rapids_

RECEIVED FROM _Dutton Braun et al_
_3151 Brockway Rd._
_Waterloo_
_IA 50704_

**Fund:**
6855XX-D08IANX
   Deposit Fund
604700-D08IANX
   Registry Fund
**General & Special Funds:**
085000 Atty Adm Fees
086900 Filing Fees
0869PL Prisoner IFP F.Fees
109900 Criminal Debt Penalty /
       Costs of Prosecution
322350 Copy Fees
322360 Miscellaneous Fees
504100 Crime Victims Fund
510000 Filing Fees Spec Acct
5100PL Prisoner IFP Filing Fee
510100 Registry Fee Assessed

| ACCOUNT | AMOUNT |
|---------|--------|
| 510000  | 190.00 |
| 086900  | 60.00  |

TOTAL: 250.00

Case Number or Other Reference
_C 05-1011_

_New case_
_filing fee_

_Guerton vs._
_Archdiocese_
_of Dubuque_

Checks and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.

DATE: 2/18/05    Credit ✓    DEPUTY CLERK: _[signature]_