IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| KATHLEEN GUERTIN, | ) | No. 2:05-CV-1011-LRR |
| Plaintiff, | ) | |
| | ) | **STATEMENT OF INTEREST** |
| vs. | ) | |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendants. | ) | |

As required by LR 3.2 and LR 81.1(c), (d), and (e), Kathleen Guertin, Plaintiff in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

Kathleen Guertin.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Plaintiff.

Date: March 1, 2005

1

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: **/s/ Thomas L. Staack**
Iowa Bar #000005220

BY: **/s/ Chad A. Swanson**
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Original filed.

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 1st day of March 2005.

By: ___ U.S. Mail        ___ FAX
    ___ Hand Delivered   ___ UPS
    ___ Federal Express  ___ Other
    _X_ EFC System Participant (Electronic Service)

Signature _/s/ Sandra L. Faye___

---

I:\Lit\TLS\ABUSE-PRIEST\Guertin\Pleadings\Statement of Interest.wpd