IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| KATHLEEN GUERTIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:05-CV-1011-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

COME NOW Brendan T. Quann and Davin C. Curtiss of the O'Connor & Thomas, P.C. Law Firm and hereby enter their appearances in the above-captioned lawsuit on behalf of Defendant The Archdiocese of Dubuque.

          THE ARCHDIOCESE OF DUBUQUE,
          Defendant

          By  /s/ Brendan T. Quann
              Brendan T. Quann     000004440

          By  /s/ Davin C. Curtiss
              Davin C. Curtiss     000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA 52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone: (563) 557-8400
Facsimile: (563) 556-1867
E-mail: bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Original filed electronically.

Copy to:

Attorneys Thomas L. Staack and
Chad A. Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704