# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| KATHLEEN GUERTIN, | |
| Plaintiff, | No. C05-1011 |
| vs. | **ORDER** |
| ARCHDIOCESE OF DUBUQUE, | |
| Defendant. | |

_____

This matter comes before the court pursuant to plaintiff's September 14, 2005 motion to compel (docket number 15). At issue in plaintiff's motion are 49 documents relating to Father Patrick W. McElliott. Defendant objected to producing the requested documents pursuant to Article 1, Section 3 of the Iowa Constitution, the 1st Amendment to the United States Constitution, the priest-penitent privilege, the victim privacy privilege, and the third party privilege. According to plaintiff's motion, the defendant has agreed to an in camera inspection of the Father McElliott documents.

Upon the foregoing,

IT IS ORDERED that the defendant shall produce the above referenced documents to this court for an in camera inspection by Wednesday, September 28, 2005.

September 22, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT