**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| **KATHLEEN GUERTIN,** | ) | No. C05-1011 JAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S DESIGNATION OF** |
| | ) | **EXPERT WITNESSES** |
| **THE ARCHDIOCESE OF DUBUQUE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff, Kathleen Guertin, hereby identifies the following expert witnesses who may be called to testify as expert witnesses at the time of trial:

Thomas Doyle
Bethesda, MD

A. W. Richard Sipe
2825 Ridgegate Row
LaJolla, CA 92037

Gary Schoener
Executive Director
Walk-In Counseling Center
2421 Chicago Avenue South
Minneapolis, MN

Dr. Carroll Roland
Covenant Clinic
2750 St. Francis Drive
Waterloo, IA 50702

The Plaintiff reserves the right to call rebuttal witnesses and any witnesses designated by the Defendant.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY:    s/Thomas L. Staack
       Thomas L. Staack  Iowa Bar #000005220
       LEAD COUNSEL

BY:    s/Chad A. Swanson
       Chad A. Swanson  Iowa Bar #000014657

       3151 Brockway Road
       P.O. Box 810
       Waterloo, Iowa 50704
       (319) 234-4471
       (319) 234-8029 FAX
       staackt@wloolaw.com
       swansonc@wloolaw.com

Original Filed.

Electronic Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Guertin\Pleadings\Expert Designation.wpd