IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| KATHLEEN GUERTIN, | ) | No. C05-1011 JAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PLAINTIFF'S DESIGNATION OF |
| | ) | REBUTTAL EXPERT WITNESSES |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff, Kathleen Guertin, hereby identifies the following expert witnesses who may be called to testify as a rebuttal expert witness at trial:

Mark Schwartz, Sc.D.
Castlewood Treatment Center
800 Holland Road
St. Louis, MO 63021

                Respectfully Submitted,

                DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
                Attorneys for the Plaintiff

BY:   s/Thomas L. Staack
         Thomas L. Staack  Iowa Bar #000005220
         LEAD COUNSEL

BY:   s/Chad A. Swanson
         Chad A. Swanson  Iowa Bar #000014657

         3151 Brockway Road
         P.O. Box 810
         Waterloo, Iowa 50704
         (319) 234-4471
         (319) 234-8029 FAX
         staackt@wloolaw.com
         swansonc@wloolaw.com

Original Filed.

Electronic Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Guertin\Pleadings\Expert Designation (Rebuttal).wpd

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 3rd day of February, 2006.

By: ___ U.S. Mail ___ FAX
___ Hand Delivered ___ UPS
___ Federal Express ___ Other
_X__ EFC System Participant (Electronic Service)

Signature s/Sandra L. Faye